UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE BUILDING SERVICE 32BJ HEALTH FUND, MASSACHUSETTS SERVICE EMPLOYEES PENSION FUND, SEIU NEW ENGLAND PROPERTY SERVICES TRAINING FUND, AND BUILDING SERICE 32BJ LEGAL SERVICES FUND,

                 Plaintiff,

v.

VANGUARD GENERAL SERVICES CORPORATION, VANGUARD PARKING SERVICES, INC., ERNEST E. WASHINGTON, JR and LONG BAY SERVICES, INC.,

                 Defendants.

No. 24-cv-7753 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      On January 29, 2025, Plaintiff received certificates of default after Defendants failed to file their answers, which were due in November 2024. To date, Plaintiff has yet to file a motion for default judgment. It shall do so no later than April 2, 2025. Failure to move for default may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 18, 2025
            New York, New York

                                             Ronnie Abrams
                                             United States District Judge