UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE BUILDING SERVICE 32BJ HEALTH FUND, MASSACHUSETTS SERVICE EMPLOYEES PENSION FUND, SEIU NEW ENGLAND PROPERTY SERVICES TRAINING FUND, AND BUILDING SERVICE 32BJ LEGAL SERVICES FUND,

     Plaintiff,

    v.

VANGUARD GENERAL SERVICES CORPORATION, VANGUARD PARKING SERVICES, INC., ERNEST E. WASHINGTON, JR. and LONG BAY SERVICES, INC.,

     Defendants.

No. 24-cv-7753 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

  On April 2, 2025, Plaintiff filed a motion for default judgment. *See* Dkt. 63. No later than April 11, 2025, Plaintiff shall serve a copy of the motion on Defendants and file proof of service on the docket.

SO ORDERED.

Dated: April 4, 2025
    New York, New York

                   _____
                   Ronnie Abrams
                   United States District Judge