UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
TRUSTEES OF THE BUILDING SERVICE 32BJ HEALTH
FUND, MASSACHUSETTS SERVICE EMPLOYEES
PENSION FUND, SEIU NEW ENGLAND PROPERTY            Civil Action No.
SERVICES TRAINING FUND, AND BUILDING SERVICE       24-cv-7753
32BJ LEGAL SERVICES FUND,
                         Plaintiffs,

-v-                                                **DEFAULT**
VANGUARD GENERAL SERVICES CORPORATION,             **JUDGMENT**
VANGUARD PARKING SERVICES, INC.,
LONG BAY SERVICES, INC., AND
ERNEST E. WASHINGTON, JR.,

                         Defendant.
-------------------------------------------------------------------------------X

      On application for Default Judgment by Plaintiffs Trustees of the Building Service 32BJ Health Fund, Massachusetts Service Employees Pension Fund, SEIU New England Property Services Training Fund, and Building Service 32BJ Legal Services Fund, brought on by Order to Show Cause and returnable before the Honorable Ronnie Abrams, United States District Judge, and Defendants Vanguard General Services Corporation, Vanguard Parking Services, Inc., Long Bay Services, Inc. and Ernest E. Washington, Jr., having been duly noticed of the proceeding and the Defendant having not appeared in opposition to the Order to Show Cause, and the Court having found default judgment to be appropriate:

      **IT IS HEREBY ADJUDGED** that Plaintiffs Trustees of the Building Service 32BJ Health Fund, Massachusetts Service Employees Pension Fund, SEIU New England Property Services Training Fund, and Building Service 32BJ Legal Services Fund having their principal place of business at 25 West 18th Street, New York, New York 10011, do recover of:

1. Defendant Vanguard General Services Corporation, having a last known address at 795 Columbus Ave., Boston, MA the sum of **$121,090.54**;

2. Against Defendants Vanguard Parking Services, Inc., having a last known address at 795 Columbus Ave., Roxbury, MA, Long Bay Services, Inc., having a last known address at 63 Woodhaven St., and Ernest E. Washington, having a last known address of 112 Gladeside Ave., Mattapan, MA, jointly and severally with Defendant Vanguard General Services Corporation, the sum of **$550,504.18**;

      And that Plaintiffs have execution therefor.

Dated: June 17, 2025                        By: _____
                                                              Ronnie Abrams, U.S.D.J.