COZEN O'CONNOR

September 17, 2026

**David J. Margulis**
Direct Phone 212-883-2250
Direct Fax 646-461-2044
dmargulis@cozen.com

**VIA ECF**
Hon. Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1506
New York, NY 10007

**Re:** ***Trustees of the Building Service 32BJ Health Fund, et al., v. Vanguard General Services Corporation, et al.***
***Civil Action No. 24-cv-7753 (RA)***

Dear Judge Abrams:

I write on behalf of Defendants, Vanguard Parking Services, Inc., Long Bay Services, Inc., and Ernest E. Washington, Jr. (collectively, "Defendants") in the above-captioned matter and submit this letter jointly with, and with the consent of, the Plaintiffs (together with Defendants, the "Parties"). We write pursuant to this Court's August 28, 2026 Order directing the Parties to appear for an initial status conference on October 2, 2026 and to notify the Court by September 25, 2026 if the Parties seek an adjournment.

Unfortunately, counsel for both Plaintiffs and Defendants will be unavailable on October 2, 2026 as they will be out of the country on that date. Plaintiffs' counsel will be traveling on his honeymoon, and Defendants' counsel will be traveling out of the country as well. Accordingly, the Parties respectfully seek an adjournment of the initial status conference. The Parties propose an alternative date of October 13, 2026 for the status conference, but, of course, defer to the discretion and availability of the Court.

We thank the Court for its attention to this matter.

Application granted. The conference scheduled for October 2, 2026 is adjourned until October 13, 2026 at 2 p.m.

SO ORDERED.

Hon. Ronnie Abrams
September 18, 2026

---

Respectfully submitted,

COZEN O'CONNOR

*/s/ David J. Margulis*

David J. Margulis
3 WTC
175 Greenwich Street, 55th Floor
New York, New York 10007
(212) 883-2250
dmargulis@cozen.com

*Counsel for Defendants*

RAAB, STURM & GANCHROW, LLP

*/s/ Samuel R. Bloom*

Samuel R. Bloom
2125 Center Avenue, Suite 100
Fort Lee, New Jersey 07024
(201) 292-0150
SBloom@rsgllp.com

*Counsel for Plaintiffs*