UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE BUILDING SERVICE 32BJ HEALTH FUND, MASSACHUSETTS SERVICE EMPLOYEES PENSION FUND, SEIU NEW ENGLAND PROPERTY SERVICES TRAINING FUND, AND BUILDING SERVICE 32BJ LEGAL SERVICES FUND,<br><br>Plaintiffs,<br><br>v.<br><br>VANGUARD GENERAL SERVICES CORPORATION *et al.*,<br><br>Defendants. | 24-CV-7753 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On October 13, 2026, the Court held an initial conference in this matter. As discussed at the conference, the parties shall adhere to the following schedule: Defendants will produce the requested discovery concerning the joint venture agreement and the last filing of the joint venture to Plaintiffs by October 20, 2026; Plaintiffs will file their Second Amended Complaint by October 23, 2026; Defendants will file their motion to dismiss by November 23, 2026; Plaintiffs will file their opposition brief by December 7, 2026; and Defendants will file their reply brief by December 28, 2026.

In addition, the parties agreed that, with the exception of the two documents that were discussed at the conference and which Defendants will produce to Plaintiffs by October 20, 2026, discovery shall be stayed pending resolution of the anticipated motion to dismiss.

SO ORDERED.

Dated: October 14, 2026
New York, New York

Ronnie Abrams
United States District Judge